IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>Timothy Paul Riendeau and<br>Mariette Georgette Riendeau,<br><br>    Debtors | Chapter 13<br>Case No. 21-20089 |
| Timothy Paul Riendeau and<br>Mariette Georgette Riendeau,<br><br>    Plaintiffs<br><br>v.<br><br>Town of Sabattus, Maine, Christopher Ames,<br>and Ann French,<br><br>    Defendants. | Adversary Proceeding<br>Case No. 21-02010 |

## **ORDER GRANTING TOWN OF SABATTUS' MOTION FOR RECONSIDERATION**

Defendant Town of Sabattus, Maine filed a motion for reconsideration. The Court having reviewed the motion and determined, without need for hearing, that the relief sought is proper, pursuant to Fed. R. Civ. P. 59(e), it is hereby ordered that the following sentence on page 4 in its Memorandum of Decision (Document 77) is removed:

> The Town does not dispute the Riendeaus' allegations that the transfer at issue here was made within two years prior to the petition date, the Debtors were insolvent at the time of transfer, the total tax debt at the time of the transfer was $4,500.00, and the fair market value of the Property at the time exceeded $4,500.00.

In its place, the Court inserts the following:

> For the purpose of this Fed. R. Civ. P. 12(c) motion, the Court accepts as true the factual allegations of the Complaint that the transfer at issue here was made within two years prior to the petition date, that the Debtors were insolvent at the time of transfer, and that the fair market value of the Property at the time exceeded $4,500.00. The Town does

2

not dispute the Riendeaus' allegations that the total tax debt at the time of the transfer was $4,500.00.

The Amended Memorandum of Decision (Document 82) is similarly amended.

Dated: October 21, 2022

/s/ Peter G. Cary
Peter G. Cary, Chief Judge
U. S. Bankruptcy Court