UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| IN RE: TIMOTHY PAUL RIENDEAU, MARIETTE GEORGETTE RIENDEAU,<br><br>Debtors<br>_____<br><br>TIMOTHY PAUL RIENDEAU, MARIETTE GEORGETTE RIENDEAU,<br><br>Plaintiffs<br><br>v.<br><br>TOWN OF SABATTUS, CHRISTOPHER AMES, and ANN FRENCH,<br><br>Defendants | Chapter 13<br>Case No.: 21-20089<br><br><br><br><br><br><br>Adversary Proceeding<br>Case No.: 21-02010 |

## ORDER EXTENDING DEADLINE TO FILE A MOTION UNDER F.R.C.P. RULE 59 (e) TO ALTER OR AMEND A JUDGMENT AND ALTERNATIVELY A MOTION UNDER F.R.C.P. RULE 60(a) TO PROVIDE RELIEF FOR A CLERICAL MISTAKE, OVERSIGHT OR OMISSION

Upon Debtors/Plaintiffs' Motion To Extend Time To File A Motion Under F.R.C.P. Rule 59(e) to Alter or amend a Judgment and Alternatively A Motion Under Rule 60(a) to Provide Relief for Clerical Mistake, Oversight or Omission (DE # 105), IT IS

HEREBY ORDERED that the Debtors/Plaintiffs shall have an additional fourteen (14) days from the date the BAP enters a decision on the allowance or disallowance of the appeal to file a Motion under either F.R.C.P.59 (e) to Alter or Amend the Orders, or F.R.C.P. 60(a) for Relief from Judgment to Correct Clerical Mistakes, Oversights or omissions.

Dated: December 7, 2022.

/s/ Peter G. Cary
Peter G. Cary
United States Bankruptcy Judge
District of Maine