# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

**BAP NO. EP 22-038**

Bankruptcy Case No. 21-20089-PGC
Adversary Proceeding No. 21-02010-PGC

**TIMOTHY PAUL RIENDEAU and
MARIETTE GEORGETTE RIENDEAU,
Debtors.**

**TIMOTHY PAUL RIENDEAU and
MARIETTE GEORGETTE RIENDEAU,
Plaintiffs-Appellants,**

v.

**ANN FRENCH,
Defendant-Appellee.**

**Godoy, Chief Judge, and Cabán and Katz, U.S. Bankruptcy Appellate Panel Judges.**

### JUDGMENT OF DISMISSAL

In accordance with the Panel's Order granting the motion to dismiss this appeal filed by Appellee Ann French entered this date, it is hereby **ORDERED AND ADJUDGED** that this appeal is **DISMISSED.**

FOR THE PANEL:

Dated: December 8, 2022      By:      /s/ Leslie C. Storm
                                      Leslie C. Storm, Clerk

[cc: Hon. Peter G. Cary; Clerk, U.S. Bankruptcy Court, District of Maine; and
Neil Shankman, Esq.; Jon Plourde, Esq.; Daniel Cummings, Esq.]